UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TRINIDAD, et al.,

                     **Plaintiffs,**                       19-CV-02433 (SN)

        -against-                                 **ORDER**

SEO'S CAFÉ CORP., et al.,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       By joint status letter dated October 25, 2019, the parties stated they planned to submit a proposed settlement for the Court's review by November 8, 2019. ECF No. 34. The Court has not received a proposed settlement or status update since that letter. If the parties do not submit a proposed settlement, along with a brief cover letter explaining why the Court should approve the settlement in light of the factors discussed in <u>Wolinsky v. Scholastic Inc.</u>, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012), by Friday, November 22, 2019, they are ORDERED to appear by telephone for a status conference on Monday, November 25, 2019, at 1:30 P.M. to discuss the status of this case. At that time, the parties should jointly call Chambers, at (212) 805-0286, with all relevant individuals on the line. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                                             SARAH NETBURN
                                                                             United States Magistrate Judge

DATED:    November 20, 2019
                New York, New York