UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**TRINIDAD, et al.,**

                       **Plaintiffs,**                    19-CV-02433 (SN)

            -against-                          **ORDER**

**SEO'S CAFÉ CORP., et al.,**

                       **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      For reasons stated during the teleconference held November 25, 2019, the parties must submit any proposed settlement, along with a brief cover letter explaining why the Court should approve the settlement in light of the factors discussed in <u>Wolinsky v. Scholastic Inc.</u>, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012), by Friday, December 6, 2019. The Court will not extend this deadline.

**SO ORDERED.**

                                                                                          SARAH NETBURN
                                                                                          United States Magistrate Judge

DATED:     November 25, 2019
               New York, New York