# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd St.  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

December 6, 2019

**BY ECF**  
Honorable Sarah Netburn  
United States Magistrate Judge  
United States Courthouse  
40 Centre Street  
New York, NY 10007

Re:   Trinidad et al v. Seo's Cafe Corp. et al  
        19-cv-02433- SN

Dear Judge Netburn:

I am an attorney for Plaintiffs Gabriel Trinidad and Ludwin Gabriel Arreaga Fuentes in the above-referenced matter. In accordance with the Court's direction, we submit herewith the executed settlement agreement. We ask that the Court approve the settlement.

This reflects the settlement reached at a settlement conference before Your Honor on September 9, 2019. Based on the Court's direction at the conclusion of the settlement conference we are not submitting an extensive explanation of the fairness of the settlement. If the Court does required additional information in order to approve the settlement please advise the undersigned.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

 /s/ Joshua S. Androphy  
Joshua S. Androphy

*Attorneys for Plaintiffs*