UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GABRIEL TRINIDAD et al.,

                Plaintiffs,

      -against-

SEO'S CAFÉ CORP., et al.,

                Defendants.

-----------------------------------------------------------------X

19-CV-2433 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties agreed to the terms of a settlement in principle and on December 9, 2019, submitted a proposed settlement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 38. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                     United States Magistrate Judge

DATED:     December 13, 2019
               New York, New York